**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants
SHASTA COUNTY and TOM BOSENKO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH MCCULLOUGH, | Case No. 2:19-cv-01739-TLN-DMC |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| vs. | |
| SHASTA COUNTY, ET AL., | |
| Defendants. | |

The Court has reviewed the Joint Request of the parties to revise the Scheduling Order and good cause appears due to the Coronavirus shutdown to do so and therefore the Court orders as follows:

1. It is ordered that the Scheduling Order, Document 5, and the Revised Scheduling Order, Document 13, are revised as follows:

    a. That discovery be extended from March 1, 2021 to **July 28, 2021** and that all other provisions of the current Scheduling Order, Document 5, remain in effect and run from the revised discovery deadline.

2. In all other respects, the Scheduling Order, Document 5, shall remain in full force and effect.

DATED: January 28, 2021

_____
Troy L. Nunley
United States District Judge

1