LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandpipernet.com

Attorney for Plaintiff
SAVANAH McCULLOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH McCULLOUGH,<br><br>   Plaintiff,<br><br>vs.<br><br>SHASTA COUNTY, SHASTA COUNTY SHERIFF TOM BOSENKO and DOES 1 through 50, inclusive,<br><br>   Defendants. | **Case No.: 2:19-CV-01739-TLN-DMC**<br><br>**STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT** |

**WHEREAS**, on September 3, 2019, Plaintiff, SAVANAH MCCULLOUGH ("Plaintiff") filed her Complaint for Denial of Competent Medical Treatment in this action against SHASTA COUNTY and SHASTA COUNTY SHERIFF TOM BOSENKO ("Defendants").

**WHEREAS**, Plaintiff seeks to file her First Amended Complaint, which seeks to add one new Defendant, CALIFORNIA FORENSIC MEDICAL GROUP (CFMG) in accordance with FRCP Rule 15. The amended complaint is based on the same operative facts as set forth in the original complaint as the claim against CFMG arose out of same conduct, transaction or occurrence. Plaintiff was genuinely ignorant of the defendant's identity at the time the original action was filed and just recently through discovery ascertained CFMG's identity.

**WHEREAS**, a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint, a copy of which is attached hereto as Exhibit A;

2. Defendants Shasta County and Shasta County Sheriff Tom Bosenko waive notice and service of the amended complaint shall not be required. Defendants shall not be required to file an answer to the amended complaint, and that all denials, responses and affirmative defenses contained in the answer filed by Defendants Shasta County and Shasta County Sheriff Tom Bosenko to the original complaint shall be responsive to the amended complaint.

3. Plaintiff's counsel agrees that counsel for CFMG may move this court to extend discovery cutoff dates and that Plaintiff's counsel will offer no opposition.

Dated: May _28_, 2021         LAW OFFICES OF LARRY L. BAUMBACH


By: /s/LARRY L. BAUMBACH
      LARRY L. BAUMBACH


Dated: May _28_, 2021         BRICKWOOD LAW OFFICE


By: /s/GARY BRICKWOOD
      GARY BRICKWOOD
      Attorney for Defendants

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, SAVANAH MCCULLOUGH, is granted leave to amend to file her First Amended Complaint **within seven (7) days of this Order.**

**IT IS ALSO ORDERED** that as to Defendants Shasta County and Shasta County Sheriff Tom Bosenko notice is waived and service of the amended complaint shall not be required. Defendants shall not be required to file an answer to the amended complaint, and that all denials, responses and affirmative defenses contained in the answer filed by Defendants Shasta County and Shasta County Sheriff Tom Bosenko to the original complaint shall be responsive to the amended complaint.

IT IS SO ORDERED.

Dated: June 1, 2021

Troy L. Nunley
United States District Judge