**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants
SHASTA COUNTY and TOM BOSENKO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH MCCULLOUGH, | Case No. 2:19-cv-01739-TLN-DMC |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| vs. | |
| SHASTA COUNTY, ET AL., | |
| Defendants. | |

The Court has reviewed the Joint Request of Plaintiff and Defendant Shasta County to revise the Scheduling Order and good cause appears due to the filing of a First Amended Complaint.

The Court orders as follows:

1. It is ordered that the Scheduling Order, Doc. 5, is revised to extend discovery from July 28, 2021 to **December 15, 2021**.
2. It is further ordered that in all other respects, the Scheduling Order, Doc. 5, shall remain in full force and effect.

DATED: July 23, 2021

_____
Troy L. Nunley
United States District Judge

REVISED SCHEDULING ORDER

1