UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAVANAH McCULLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY, SHASTA COUNTY SHERIFF TOM BOSENKO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01739-TLN-DMC<br>District Judge, Troy L. Nunley<br>Magistrate Judge, Dennis M. Cota<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**<br><br>Filed Date;       09/03/19<br>Trial Date:       N/A |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor,

and in furtherance of the interests of justice,

  IT IS HEREBY ORDERED that:

  1. The Court hereby orders that the Scheduling Order [Doc. 5] is revised to extend discovery from June 15, 2022 to September 16, 2022.

  2. Except as specified herein above, all other dates and deadlines operative as of the Court's Scheduling Order [*e.g.* Doc. 5] shall remain unchanged and unaffected by the parties' stipulation.

  **IT IS SO ORDERED.**

DATED: April 20, 2022

                  Troy L. Nunley
                  United States District Judge