# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAVANAH McCULLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY, SHASTA COUNTY SHERIFF TOM BOSENKO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01739-TLN-DMC<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice.

///

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the Scheduling Order [Doc. 5] is revised to extend discovery from September 16, 2022 to November 16, 2022.

2. Except as specified herein above, all other dates and deadlines operative as of the Court's Scheduling Order [*e.g.* Doc. 5] shall remain unchanged and unaffected by the parties' stipulation.

**IT IS SO ORDERED.**

DATED: August 11, 2022

Troy L. Nunley
United States District Judge